UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RAYMOND F. MAXWELL,** : | Civil Action No. 09-1859 (FLW) |
| **Plaintiff,** : | |
| v. : | **PRETRIAL SCHEDULING ORDER** |
| **ELECTRONIC DATA SYSTEMS CORP.,** : **et al.,** | |
| **Defendants.** : | |

This matter having come before the Court for an initial conference pursuant to Fed. R. Civ. P. 16 on **June 24, 2009**; Kathleen Wall, Esq., counsel for Plaintiff; and Daniel Aiken, Esq., of Drinker, Biddle & Reath, LLP, counsel for Defendants Electronic Data Systems Corp., Tammy Gilbert, Lisa P. Kiger and Debbie Hindman, appearing; and good cause having been shown,

**IT IS** on this **1st** day of **July, 2009**,

**ORDERED** that to the extent that the parties have not already done so, they are to serve their Fed. R. Civ. P. 26(a)(1) disclosures by **June 24, 2009**; and it is further

**ORDERED** that any written discovery previously served shall be and it hereby is deemed served on **June 24, 2009**; and it is further

1

**ORDERED** that any motion to amend the pleadings must be filed no later than **July 24, 2009,** and made returnable no later than **August 17, 2009**; and it is further

**ORDERED** that fact discovery is to remain open through **November 20, 2009**. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown; and it is further

**ORDERED** that dispositive motions must be filed no later than **January 22, 2010**, and made returnable no later than **February 15, 2010**; and it is further

**ORDERED** that a telephone status conference will be conducted before the undersigned on **September 16, 2009 at 12:00 PM.** Plaintiff's counsel will initiate the teleconference; and it is further

**ORDERED** that a Settlement Conference shall be held before the undersigned on **July 10, 2009 at 11:00 AM**; all parties shall have representatives present at this conference who have full authority to settle this case; and it is further

**ORDERED** that no later than five (5) days before the Settlement Conference, each party is to deliver to the Court a confidential ex parte letter, NOT to exceed 5 pages in total, summarizing the relevant facts, the respective legal positions and the party's position on settlement.

  s/ Lois H. Goodman
**Lois H. Goodman**
**UNITED STATES MAGISTRATE JUDGE**